Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 124 | **DATE** | 2/13/2008 |
| **CASE TITLE** | USA vs. Jose de Jesus Alvarado-Tizoc | | |

DOCKET ENTRY TEXT

Initial Appearance held on 2/13/2008 as to Jose de Jesus Alvarado-Tizoc. Government's oral motion to unseal complaint and affidavit is granted. Defendant informed of his rights. Defendant appears to the arrest on 2/12/08. Donna Hickstein-Foley is given leave to file appearance on behalf of defendant. Defendant having waive detention hearing. Therefore, Government's motion to detain defendant is withdrawn. Preliminary examination set for 2/21/08 at 10:00 a.m. Defendant to remain in custody.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | yp |
|---|---|---|