Minute Order Form (rev. 4/99)

05 GJ 772

NF

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0124 | DATE | FEBRUARY 26, 2008 |
| CASE TITLE | US v. JOSE de JESUS ALVARADO-TIZOC | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL FEBRUARY 2008-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE.

FILED
FEB 26 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE KENDALL

MAGISTRATE JUDGE VALDEZ

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                  UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Date docketed | |
| | No notices required. | | | Docketing | |
| | Notices mailed by judge's staff. | | | dpty. initials | |
| | Notified counsel by telephone. | | | Date mailed notice | |
| | Docketing to mail notices | | | Mailing | |
| | Mail AO 450 form. | | | dpty. initials | |
| | Copy to judge/magistrate judge. | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |