UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 CR 124 |
| v. | ) | |
| | ) | Judge: Kendall |
| JOSE de JESUS ALVARADO-TIZOC | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

By:    s/ Stephen P. Baker
        STEPHEN P. BAKER
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-1598

Dated: February 28, 2007

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the United States' Attorney Designation was served on Defendant's Counsel of Record, pursuant to the district court's ECF system, on February 28, 2008.

By: s/Stephen P. Baker
STEPHEN P. BAKER
Assistant United States Attorney
219 S. Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-1598