# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 124 | **DATE** | February 28, 2008 |
| **CASE TITLE** | USA v. Jose de Jesus Alvarado-Tizoc | | |

**DOCKET ENTRY TEXT**

Arraignment held. Attorney Pablo DeCastro enters an appearance as appointed counsel on behalf of the Defendant. Attorney Donna Ann Hickstein-Foley's oral motion to withdraw as counsel is granted. Defendant enters plea of not guilty to the 1-Count Indictment filed 2/26/2008. Pretrial motions shall be filed by or on 4/24/2008; responses due 5/8/2008; replies due 5/15/2008. Jury Trial set for 11/17/2008 at 9:15 AM. Status hearing set for 5/22/2008 at 1:30 PM. Defendant ordered to remain in Federal Custody. Defendant waives detention hearing without prejudice to Defendant's right to move at a later date for release on conditions. Defendant not objecting, time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) for filing and review of pretrial motions and under 18 U.S.C. § 3161(h)(8)(A)(B) for complexity and continuity of counsel from 2/28/2008 through and including 5/22/2008.

(X - T)

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | KW |
|---|---|---|