UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No.: 08 CR 124 |
| | ) Honorable Judge Virginia M. Kendall |
| JOSE DE JESUS ALVARADO -TIZOC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:   Tara Brown
      Assistant United States Attorney
      219 S. Dearborn
      5th Floor
      Chicago, IL

You are hereby notified that we will appear In the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, before the following Judge sitting in his/her stead, at the place and time below specified, and ask for a hearing on the Defendant's Agreed Motion for Extension of Time for Filing of Pretrial Motions.

| JUDGE | ROOM | DATE | TIME |
|---|---|---|---|
| Kendall | 2319 | April 29, 2008 | 1:30 p.m. |

## VERIFICATION

**OLIVIA C. HUBEL**, deposes and states that she delivered a copy of the above and foregoing notice along with a copy of the Defendant's Agreed Motion for Extension of Time for Filing of Pretrial Motions on this 25th day of April, 2008.

S/Olivia C. Hubel/April 25, 2008