# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                                          Plaintiff,

v.                                                              Case No.: 1:08−cr−00124
                                                                          Honorable Virginia M. Kendall

Jose de Jesus Alvarado−Tizoc

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

       MINUTE entry before the Honorable Virginia M. Kendall: as to Jose de Jesus Alvarado−Tizoc, This minute entry serves to notify parties that the Status hearing previously set for 5/22/2008 01:30 PM has been reset to begin at 02:00 PM on that same day. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.