## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                           Case No.: 1:08−cr−00124
                                                            Honorable Virginia M. Kendall

Jose de Jesus Alvarado−Tizoc
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:as to Jose de Jesus Alvarado−Tizoc, Status hearing held 5/21/2008. Final Pretrial Conference set for 11/12/2008 at 10:00 AM. Motions in limine, Santiago proffer, and Motions under 404(b) due 10/29/2008; responses due 11/5/2008. Proposed jury instructions due under separate cover 11/12/2008. Status hearing set for 10/29/2008 at 1:30 PM. Defendant not objecting, time is excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(i) in the interest of justice. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.