## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 124 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. JOSE DEJESUS ALVARADO-TIZOC | | |

**DOCKET ENTRY TEXT**

The government's telephonic request to unseal the indictment is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|