

**FELONY**

08cr124

JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

JN
JUL X 1 2008
7-1-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints?  NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   08 CR 124, US v. Alvarado-Tizoc, Judge Kendall

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒  YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒  YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐  YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)         ☐ Income Tax Fraud ......... (II)            ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ..... (II)      ☐ Postal Fraud .......... (II)               ☐ Miscellaneous General Offenses .. (IV)
   ☐ Bank robbery ........ (II)         ☐ Other Fraud .......... (III)               ☐ Immigration Laws .......... (IV)
   ☐ Post Office Robbery .... (II)      ☐ Auto Theft .......... (IV)                 ☐ Liquor, Internal Revenue Laws .... (IV)
   ☐ Other Robbery ........ (II)        ☐ Transporting Forged Securities . (III)     ☐ Food & Drug Laws .......... (IV)
   ☐ Assault ............ (III)         ☐ Forgery .......... (III)                   ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary ............ (IV)         ☐ Counterfeiting .......... (III)            ☐ Selective Service Act ........ (IV)
   ☐ Larceny and Theft ..... (IV)       ☐ Sex Offenses .......... (II)               ☐ Obscene Mail .......... (III)
   ☐ Postal Embezzlement .... (IV)      ☐ DAPCA Marijuana ........ (III)             ☐ Other Federal Statutes ........ (III)
   ☐ Other Embezzlement .... (III)      ☒ DAPCA Narcotics ........ (III)             ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    21 USC 846

Assistant United States Attorney

(Revised 12/99)