UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                      Plaintiff,

v.                                    Case No.: 1:08−cr−00124
                                      Honorable Virginia M. Kendall

Jose de Jesus Alvarado−Tizoc, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

   MINUTE entry before the Honorable Virginia M. Kendall:as to Jose de Jesus Alvarado−Tizoc: Hearing on Mr. Rascia's oral motion to withdraw is entered and continued to 9/4/2008 at 01:30 PM. Advised in open court (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.