# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 124 - 1,3 | **DATE** | August 19, 2008 |
| **CASE TITLE** | USA vs. ALVARADO-TIZOC & NOE DURAN | | |

**DOCKET ENTRY TEXT:**

Arraignment held on the superseding indictment. Defendants enter pleas of not guilty. 16.1 conference to be held by 8/29/2008. Pretrial motions and supporting memoranda are to be filed by 9/12/2008. Responses are to be filed by 9/22/2008. Replies are due 9/29/2008. Status hearing is set for 9/9/2008 at 1:30 pm. Trial date of 11/17/2008 to stand.. Final pretrial conference of 11/12/2008 at 4:00 pm shall stand. All proposed jury instructions, 404(b) and Santiago materials are to be submitted by 11/12/2008. All motions in limine and supporting memoranda, are to be filed by 10/29/2008. Responses are to be filed by 11/5/2008. Defendants not objecting , enter excludable delay for the period of 8/19/2008 through 11/17/2008 pursuant to 18 U.S.C. §3161(h)(1). X-E and §3161(h)(8)(B)(iv). X-T-4

No notices required, advised in open court.

:20

| | Courtroom Deputy Initials: | JS |
|---|---|---|